MARY KALEIALII, et al., *vs.* M. S. GRINBAUM, et al.

MOTION TO DISMISS APPEAL.

HEARING, APRIL 27, 1893. DECISION, APRIL 27, 1893.

JUDD, C.J., BICKERTON AND FREAR, JJ.

Section 69 of the Act to Reorganize the Judiciary Department requires
that a notice of appeal from a Circuit Judge to the Supreme Court
must be made in writing and filed.

OPINION OF THE COURT, BY JUDD, C.J., DELIVERED ORALLY.

In the matter now before us the demurrer was overruled
by the Court, and counsel for the defendant noted an appeal
from that ruling to the Supreme Court; the clerk states that
upon his record.

The old law with regard to noting appeals merely said that
the person may appeal by giving notice of his appeal (that
is, appeals from the lower courts), and within ten days
perfecting it, paying costs, etc.

The Act to Reorganize the Judiciary which went into effect
on the first of January of this year, in several places mate-
rially alters the law with regard to appeals. Section 68 states
that appeals shall be allowed from all decisions of district
magistrates "whenever the party appealing shall *file* notice
of his appeal within five days." And Section 69, appeals
shall be allowed from all orders or decrees of Circuit Judges
"whenever the party appealing shall *file* notice of his appeal
in five days."

It seems to us that that means something more than the
mere notice that the clerk takes down of the intention of the
party to appeal. The minutes of the clerk can have no
greater effect than that, it seems to us.

This is a very wise law, because if the notice is in writing,

all question as to whether it was noted or not would be removed. Our attention was sharply drawn to that the other day in the matter of Kaleo, the magistrate from Hana. There the question was, to what court he had noted his appeal. One party claimed that he had noted it to the Circuit Judge, the other to the Circuit Court, and the district magistrate found that he had not noted it to any court.

We are of opinion that this statute means that the party appealing shall reduce such notice to writing and deposit it with the clerk. And in this view the matter is not now before the Court. Appeal dismissed.

*A. Rosa,* for plaintiffs.

*A. S. Hartwell,* for defendants.